IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SAXON INNOVATIONS LLC,<br><br>　　　　Plaintiff,<br>　v.<br><br>SAMSUNG ELECTRONICS CO., LTD. ET AL<br><br>　　　　Defendants. | CIVIL ACTION NO. 6:09-CV-00067 |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Saxon Innovations LLC ("Saxon") and Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Telecommunications America, LLC and Samsung Electronics America, Inc. ("collectively Samsung") announced to the Court that they have settled Saxon's claims for relief against Samsung and Samsung's claims and/or counterclaims for relief against Saxon asserted in this case. Saxon and Samsung have therefore requested that the Court dismiss Saxon's claims for relief against Samsung and Samsung's claims and/or counterclaims for relief against Saxon, with prejudice and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Saxon's claims for relief against Samsung and Samsung's claims and/or counterclaims for relief against Saxon are dismissed with prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

**So ORDERED and SIGNED this 1st day of February, 2010.**



　　　　**LEONARD DAVIS**
　　　　**UNITED STATES DISTRICT JUDGE**